WD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE BOLDUC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al. | : | No. 16-1367 |

FILED
JAN 1 2 2017
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

**ORDER**

**AND NOW**, this 11th day of January, 2017, upon consideration of Defendant State Farm Bank, FSB's, Motion to Dismiss (Doc. No. 17), Plaintiff's response, and the reply thereto, and for the reasons set forth in the accompanying memorandum, **I HEREBY ORDER** that Defendant State Farms's Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART**:

1. Count 1 is **DISMISSED** insofar as it pleads liability against State Farm Bank, FSB, for violations of 15 U.S.C § 1681s-2(a) and based on the conduct described in paragraphs 33(a) - (b) and 33(d) - (h) of the Complaint;

2. Subparagraph 33(c) is **NOT** dismissed.

2. Count II, alleging defamation of character, is **DISMISSED** in its entirety.

J. WILLIAM DITTER, JR., J.

ENTERED
JAN 1 2 2017
CLERK OF COURT